**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

**FATIMATA BAMBA**,

       *Petitioner*,

   v.

**TODD BLANCHE**, *et al.*,

       *Respondents*.

No. 26-cv-06017

**ORDER**

---

**THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus, (ECF No. 1), and the Court's Order directing Respondents to respond within three days, (ECF No. 3).

**WHEREAS**, Petitioner alleges that she is a native and citizen of Ivory Coast who has lived in the United States for approximately thirty-six years, (Pet., ECF No. 1 ¶ 1); and

**WHEREAS**, Petitioner further alleges that, in 2011, she was granted withholding of removal to Ivory Coast, was placed on an order of supervision by Immigration and Customs Enforcement ("ICE"), and thereafter complied with the conditions of that supervision, including annual ICE check-ins, for approximately fifteen years. (*Id.* ¶¶ 2–4, 54–56); and

**WHEREAS**, Petitioner alleges that she has no criminal record, is employed as a home health aide, and suffers from several medical conditions. (*Id.* ¶¶ 3, 5, 56–57); and

**WHEREAS**, Petitioner alleges that she most recently reported to ICE as required on March 12, 2026, was told to report again on March 12, 2027, but was instead arrested and detained by ICE on May 23, 2026, while on her way to work, (*Id.* ¶¶ 1, 4, 55); and

**WHEREAS**, Petitioner alleges that Respondents detained her without identifying any

violation of her order of supervision, any change in circumstances, any individualized finding that she presents a danger or flight risk, or any concrete plan to remove her to a third country. (*Id.* ¶¶ 3, 6, 52, 67–68, 72–74); and

**WHEREAS**, on May 27, 2026, the Court entered an Order directing Respondents to file, within three days, an answer and brief addressing the lawful basis for Petitioner's detention. (ECF No. 3); *see also* 28 U.S.C. § 2243; and

**WHEREAS**, Respondents have failed to file any response within the time ordered by the Court or request an extension of time to respond; and

**WHEREAS**, based on the present record, Petitioner was previously released on an order of supervision and complied with the conditions of that release for many years; and

**WHEREAS**, in light of Respondents' failure to respond as ordered, and absent any showing that Petitioner's continued detention is lawful or necessary, the Court finds that immediate release is warranted.

**IT IS HEREBY** on this 31st day of May, 2026,

**ORDERED** that the Petition for Writ of Habeas Corpus is **GRANTED**; Respondents shall **on this date** **IMMEDIATELY RELEASE** Petitioner under her prior conditions of supervised release including, but not limited to, release: (1) in the State of New Jersey, if Petitioner was initially arrested in New Jersey, or else as close to the place of initial arrest as reasonably practicable within 24 hours; (2) without the imposition of additional conditions (such as ankle monitors or electronic tracking devices); and (3) with all property seized at the time of arrest; and it is further

**ORDERED** that Respondents shall file a letter on the docket confirming the date, time, and location of Petitioner's release and certifying that the conditions set forth above have been

2

satisfied; and it is finally

ORDERED that, to the extent that Respondents seek to re-arrest or otherwise re-detain Petitioner, this Court shall retain jurisdiction over the matter and Petitioner may move to reopen these proceedings before this Court without the need to file a new habeas petition.

_____
**CHRISTINE P. O'HEARN**
**United States District Judge**

3